JLG
F. #2020R01164

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PHILIP DONOFRIO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. CR-22-451

BROWN, J.

WICKS, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 04 2022 ★
LONG ISLAND OFFICE

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant PHILIP DONOFRIO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
            October 4, 2022

                                     BREON PEACE
                                     United States Attorney
                                   Eastern District of New York
                                   Attorney for Plaintiff
                                   610 Federal Plaza
                                   Central Islip, New York 11722

                        By:   /s/ Justina L. Geraci
                                   Justina L. Geraci
                                   Assistant United States Attorney
                                   (631) 715-7835

Cc:   Clerk of the Court
       Jeffrey H. Lichtman, Esq.