UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

PHILIP DONOFRIO,

    Defendant.

----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

22 CR 451 (GRB)

    **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq. and David Gelfand, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017 appear on behalf of defendant PHILIP DONOFRIO in the above-captioned case.

Dated:  New York, New York
     October 13, 2022

                **JEFFREY LICHTMAN, ESQ.**
                **LAW OFFICES OF JEFFREY LICHTMAN**
                11 East 44th Street, Suite 501
                New York, New York 10017
                Ph: (212) 581-1001
                Fax: (212) 581-4999
                jhl@jeffreylichtman.com

                **DAVID GELFAND, ESQ.**
                **LAW OFFICES OF JEFFREY LICHTMAN**
                11 East 44th Street, Suite 501
                New York, New York 10017
                Ph:  (212) 581-1001
                Fax: (212) 581-4999
                dg@jeffreylichtman.com

                *Attorneys for Philip Donofrio*